**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SKIPLAGGED, INC.,

                Plaintiff,

-against-                            21 **CIVIL** 5749 (JPC)

                                                 **JUDGMENT**

SOUTHWEST AIRLINES CO.,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 30, 2022, Southwest's motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York

      July 5, 2022

                                                        **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                            **BY:**        *K. Mango*
                                                          **Deputy Clerk**